UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:18-cr-0357-TWP-MJD |
| | ) | |
| ONTAROIO GLAZEBROOK, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On October 13, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 22,2 021.  Defendant Glazebrook appeared in person with his appointed counsel Dominic Martin.  The government appeared by AUSA Abhishek Kambli, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Glazebrook of his rights and provided him with a copy of the petition.  Defendant Glazebrook orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Glazebrook admitted violation number 1. [Docket No. 54.]   Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must refrain from any unlawful use of a controlled substance."** |

      Mr. Glazebrook submitted positive urinalysis' for cannabinoids on October 23, 2020; March 19, March 29, 2021; and September 15, 2021. Additionally, he failed to report to the urinalysis collection program for testing on the following dates: March 15, March 26, April 12, May 18, August 23, and September 20, 2021.

4. The parties stipulated that:

    (a)    The highest grade of violation is a Grade C violation.

    (b)    Defendant's criminal history category is I.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5. The parties jointly recommended a sentence of three (3) months with no supervised release to follow. Defendant requested placement at FCI Terre Haute, Security Satellite Camp.

      The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of three (3) months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI Terre Haute, Security Satellite Camp. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 10/14/2021

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system